**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: LEISTIKOW, ANN M                              § Case No. 12-32477-GFK
                                                     §
                                                     §
                                                     §
Debtor(s)                                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   Nauni Jo Manty, Trustee, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $340,477.01 *(without deducting any secured claims)* | Assets Exempt: $138,051.80 |
| Total Distribution to Claimants: $1,611.19 | Claims Discharged Without Payment: $55,978.92 |
| Total Expenses of Administration: $705.02 | |

   3) Total gross receipts of $ 6,375.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,058.79 (see **Exhibit 2**), yielded net receipts of $2,316.21 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $217,822.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 705.02 | 705.02 | 705.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 43,143.00 | 41,269.11 | 41,269.11 | 1,611.19 |
| **TOTAL DISBURSEMENTS** | $260,965.00 | $41,974.13 | $41,974.13 | $2,316.21 |

4) This case was originally filed under Chapter 7 on April 26, 2012. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/21/2013          By: /s/Nauni Jo Manty, Trustee
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| FUNDS FROM ESTATE OF FORMER TRUSTEE | 1290-002 | 2,286.21 |
| reassignment | 1290-002 | -2,286.21 |
| 2012 Tax Refund | 1224-000 | 6,375.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,375.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LEISTIKOW, ANN M | DEBTOR'S PORTION OF TAX REFUNDS | 8500-002 | 4,058.79 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,058.79** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | U.S. Bank | 4110-000 | 31,775.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Finance | 4110-000 | 183,732.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally Financial | 4110-000 | 2,315.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$217,822.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NAUNI MANTY, TRUSTEE | 2100-000 | N/A | 579.05 | 579.05 | 579.05 |
| NAUNI MANTY, TRUSTEE | 2200-000 | N/A | 95.97 | 95.97 | 95.97 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $705.02 | $705.02 | $705.02 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 26,000.00 | 24,694.26 | 24,694.26 | 964.10 |
| 2 | Capital Recovery V, LLC | 7100-000 | 421.00 | 421.42 | 421.42 | 16.45 |
| 3 | Capital One NA | 7100-000 | 401.00 | 386.88 | 386.88 | 15.10 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 6,156.36 | 6,156.36 | 240.35 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 9,407.72 | 9,407.72 | 367.29 |
| 6 | eCAST Settlement Corp. | 7100-000 | N/A | 202.47 | 202.47 | 7.90 |
| NOTFILED | FBS Card Service | 7100-000 | 9,403.00 | N/A | N/A | 0.00 |
| NOTFILED | FBS Card Service | 7100-000 | 6,131.00 | N/A | N/A | 0.00 |
| NOTFILED | Household Bank/Menards | 7100-000 | 787.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$43,143.00** | **$41,269.11** | **$41,269.11** | **$1,611.19** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-32477-GFK  
**Case Name:** LEISTIKOW, ANN M  

**Trustee:** (430120) Nauni Jo Manty, Trustee  
**Filed (f) or Converted (c):** 04/26/12 (f)  
**§341(a) Meeting Date:** 06/01/12  

**Period Ending:** 11/21/13  
**Claims Bar Date:** 07/08/13  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | House located at 7607 22nd Street Court N, Oakda | 205,000.00 | 0.00 | | 0.00 | FA |
| 2 | cash on hand | 60.00 | 0.00 | | 0.00 | FA |
| 3 | U.S. Bank checking account ending in 5482 | 136.00 | 0.00 | | 0.00 | FA |
| 4 | U.S. Bank savings account ending in 2964 | 7,054.01 | 0.00 | | 0.00 | FA |
| 5 | Kelsey-Checking account at U.S. Bank Ending in 0 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Kelsey-Savings account at U.S. Bank Account endi | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Ben-Checking account wth U.S. Bank Ending in 526 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Ben-Savings account at U.S. Bank Account ending | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Household goods and furnishings | 800.00 | 0.00 | | 0.00 | FA |
| 10 | Books | 50.00 | 0.00 | | 0.00 | FA |
| 11 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 12 | One solitaire diamond ring | 500.00 | 0.00 | | 0.00 | FA |
| 13 | Anniversary band, seven small diamonds | 400.00 | 0.00 | | 0.00 | FA |
| 14 | Assorted jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 15 | Five or six old bicycles | 150.00 | 0.00 | | 0.00 | FA |
| 16 | Two digital cameras | 75.00 | 0.00 | | 0.00 | FA |
| 17 | 401k thrift savings plan with federal government | 116,000.00 | 0.00 | | 0.00 | FA |
| 18 | 2006 Saturn Ion, 91k miles, good, needs brake pa | 5,789.00 | 0.00 | | 0.00 | FA |
| 19 | 1998 Chevy Cavalier, 175k miles, fair, rust on b | 1,243.00 | 0.00 | | 0.00 | FA |
| 20 | 1999 Buick LeSabre, 40k miles, good | 2,220.00 | 0.00 | | 0.00 | FA |
| 21 | 2012 Tax Refund (u)<br>  Federal 6,375<br>  State 831<br>  Estate is entitled to 32.14% = 2,316.21 | 7,206.00 | 2,316.21 | | 6,375.00 | FA |
| 21 | **Assets    Totals** (Excluding unknown values) | **$347,683.01** | **$2,316.21** | | **$6,375.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-32477-GFK  
**Case Name:** LEISTIKOW, ANN M  

**Trustee:** (430120) Nauni Jo Manty, Trustee  
**Filed (f) or Converted (c):** 04/26/12 (f)  
**§341(a) Meeting Date:** 06/01/12  

**Period Ending:** 11/21/13  

**Claims Bar Date:** 07/08/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** February 15, 2014    **Current Projected Date Of Final Report (TFR):** September 3, 2013 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-32477-GFK  
**Case Name:** LEISTIKOW, ANN M  

**Taxpayer ID #:** **-***3518  
**Period Ending:** 11/21/13  

**Trustee:** Nauni Jo Manty, Trustee (430120)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4666 - Checking Account  
**Blanket Bond:** $17,276,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/01/13 | {21} | IRS | 2012 tax refund | 1224-000 | 6,375.00 | | 6,375.00 |
| 04/01/13 | 101 | LEISTIKOW, ANN M | DEBTOR'S PORTION OF TAX REFUNDS | 8500-002 | | 4,058.79 | 2,316.21 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,306.21 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,296.21 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,286.21 |
| 08/13/13 | 102 | NAUNI MANTY CHAPTER 7 TRUSTEE | reassignment | 1290-002 | -2,286.21 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,088.79 | 4,088.79 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,088.79 | 4,088.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,088.79** | **$4,088.79** | |

{} Asset reference(s)

Printed: 11/21/2013 02:57 PM   V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-32477-GFK  
**Case Name:** LEISTIKOW, ANN M  
**Taxpayer ID #:** **-***3518  
**Period Ending:** 11/21/13

**Trustee:** Nauni Jo Manty, Trustee (430120)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1466 - Checking Account  
**Blanket Bond:** $17,276,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/26/13 | | J KUIPER FORMER TRUSTEE | FUNDS FROM ESTATE OF FORMER TRUSTEE | 1290-002 | 2,286.21 | | 2,286.21 |
| 10/08/13 | 101 | NAUNI MANTY, TRUSTEE | Dividend paid 100.00% on $579.05, Trustee Compensation; Reference: | 2100-000 | | 579.05 | 1,707.16 |
| 10/08/13 | 102 | NAUNI MANTY, TRUSTEE | Dividend paid 100.00% on $95.97, Trustee Expenses; Reference: | 2200-000 | | 95.97 | 1,611.19 |
| 10/08/13 | 103 | Capital One Bank (USA), N.A. | Dividend paid 3.90% on $24,694.26; Claim# 1; Filed: $24,694.26; Reference: | 7100-000 | | 964.10 | 647.09 |
| 10/08/13 | 104 | Capital Recovery V, LLC | Dividend paid 3.90% on $421.42; Claim# 2; Filed: $421.42; Reference: | 7100-000 | | 16.45 | 630.64 |
| 10/08/13 | 105 | Capital One NA | Dividend paid 3.90% on $386.88; Claim# 3; Filed: $386.88; Reference: | 7100-000 | | 15.10 | 615.54 |
| 10/08/13 | 106 | Portfolio Recovery Associates, LLC | Dividend paid 3.90% on $6,156.36; Claim# 4; Filed: $6,156.36; Reference: | 7100-000 | | 240.35 | 375.19 |
| 10/08/13 | 107 | Portfolio Recovery Associates, LLC | Dividend paid 3.90% on $9,407.72; Claim# 5; Filed: $9,407.72; Reference: | 7100-000 | | 367.29 | 7.90 |
| 10/08/13 | 108 | eCAST Settlement Corp. | Dividend paid 3.90% on $202.47; Claim# 6; Filed: $202.47; Reference: | 7100-000 | | 7.90 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 2,286.21 | 2,286.21 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 2,286.21 | 2,286.21 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,286.21** | **$2,286.21** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4666** | 4,088.79 | 4,088.79 | 0.00 |
| **Checking # ******1466** | 2,286.21 | 2,286.21 | 0.00 |
| | **$6,375.00** | **$6,375.00** | **$0.00** |

{} Asset reference(s)

Printed: 11/21/2013 02:57 PM    V.13.13